# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

VANESSA KAY WAYCHOFF,

    Plaintiff,

v.

GPM INVESTMENTS, LLC, and ARKO Corp.,

    Defendants.

Civil Action No. 1:24-cv-00064

## DEFENDANT GPM INVESTMENTS, LLC'S CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, Defendant GPM Investments, LLC states that it is a Delaware limited liability company with a principal place of business in Virginia and is an indirectly wholly-owned subsidiary of ARKO Corp., a publicly traded Delaware corporation with a principal place of business in Virginia. No publicly held corporation owns 10% or more of the stock in ARKO Corp.

Dated: May 12, 2025

Respectfully submitted,

*/s/ Yvette V. Gatling*
Yvette V. Gatling, VSB 92824
ygatling@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Blvd., Suite 500
Tysons Corner, VA 22102
(703) 286-3143 Telephone
(703) 842-8211 Facsimile

*Attorney for Defendant GPM Investments, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of May, 2025, a true copy of the foregoing was served the Court's CM/ECF system, which sent notice of filing to all counsel of record addressed as follows:

Thomas E. Strelka
L. Leigh R. Strelka
VIRGINIA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, Virginia 24018
thomas@vaemployment.law
leigh@vaemployment.law

*/s/ Yvette V. Gatling*
Yvette V. Gatling