UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Abingdon Division

**VANESSA KAY WAYCHOFF,**

    **Plaintiff,**

v.                                                    Case No. 1:24-cv-00064

**GPM INVESTMENTS, LLC, and ARKO CORP.**

    **Defendants.**

**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE**

COMES NOW, Plaintiff Vanessa Kay Waychoff, by counsel, and provides the following:

1. Defendants filed a Motion to Dismiss (Dkt. #6) on May 12, 2025.

2. The deadline for Plaintiff's response to this motion is May 26, 2025.

3. Plaintiff's counsel has scheduled a trip out of the country this month and has briefing due in other matters. Due to this, Plaintiff requests a three-week extension of the deadline for Plaintiff's response.

4. Plaintiff requests an extension up to and including June 16, 2025, in which to file a response to Defendants' motion.

5. Defendants do not object to this motion.

WHEREFORE, Plaintiff respectfully moves this Court for an extension of time up to and including June 16, 2025 in which to file a response to Defendants' Motion to Dismiss.

Respectfully submitted,

**VANESSA KAY WAYCHOFF**

By _____
Thomas E. Strelka, Esq. (VSB # 75488)
VIRGINIA EMPLOYMENT LAW
*Counsel for Plaintiff*

Thomas E. Strelka, Esq. (VSB # 75488)
L. Leigh Rhoads, Esq. (VSB # 73355)
VIRGINIA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, Virginia 24018
Tel: 540-283-0802
thomas@vaemployment.law
leigh@vaemployment.law
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on May 14, 2025 I filed this document on the Court's CM/ECF filing system which sent a notice of electronic filing to the following:

Yvette V. Gatling, VSB 92824
ygatling@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Blvd., Suite 500
Tysons Corner, VA 22102
(703) 286-3143 Telephone
(703) 842-8211 Facsimile

Attorney for Defendants

By _____
Thomas E. Strelka, Esq. (VSB # 75488)
VIRGINIA EMPLOYMENT LAW
*Counsel for Plaintiff*